IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, <br><br> Defendant. | Civil Action No. [ ] |

FILED
HARRISBURG, PA
APR - 9 2021
PER ___IBa___
DEPUTY CLERK

## MOTION FOR LEAVE TO FILE PORTIONS OF COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, AND EXHIBIT UNDER SEAL

Plaintiff Epsilon Energy USA, Inc. ("Epsilon"), by and through its undersigned counsel, respectfully moves this Court for leave to file portions of its Complaint, Motion for Preliminary Injunction, and Memorandum in Support of Motion for Preliminary Injunction ("Memorandum") against Defendant Chesapeake Appalachia, LLC ("CHK"), along with the Settlement Agreement that is attached as an exhibit to the Complaint and Memorandum, under seal. In support of this motion, Epsilon refers the Court to its Memorandum in Support filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of Motion for Leave to File Portions of Complaint, Motion for Preliminary

1

Injunction, Memorandum in Support of Motion for Preliminary Injunction, and Exhibit Under Seal, Epsilon respectfully requests this Court enter an Order granting it leave to file certain portions of its Complaint, Motion for Preliminary Injunction, and Memorandum, as well as the Settlement Agreement (attached as an exhibit to the Complaint and Memorandum), under seal.

Dated: April 9, 2021

Respectfully submitted,

*/s/ Gregory J. Krock*
Gregory J. Krock
Pa. I.D. No. 78308
Elizabeth M. Thomas
Pa. I.D. No. 322002

MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000 (Telephone)
(412) 667-6050 (Facsimile)
gkrock@mcguirewoods.com
ethomas@mcguirewoods.com

Jonathan T. Blank
*Pro Hac Vice*
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
(434) 977-2500 (Telephone)
(434) 980-2222 (Facsimile)
jblank@mcguirewoods.com

*Counsel for Plaintiff*
*Epsilon Energy USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Leave to File Portions of Complaint, Motion for Preliminary Injunction, Memorandum in Support of Motion for Preliminary Injunction, and Exhibit Under Seal** has been served on served upon the following by mail, this 9th day of April 2021:

>Corporate Representative
>Chesapeake Appalachia, LLC
>c/o The Corporation Company
>1833 S. Morgan Road
>Oklahoma City, OK  73128

>/s/  Gregory J. Krock