**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

EPSILON ENERGY USA,
INC.,

Plaintiff,

v.

CHESAPEAKE APPALACHIA, LLC,

Defendant.

Civil Action No.

Judge

FILED
HARRISBURG, PA

APR - 9 2021

PER ___DBC___
DEPUTY CLERK

## MOTION FOR LEAVE TO SERVE LIMITED EXPEDITED DISCOVERY

Plaintiff Epsilon Energy USA, Inc. ("Epsilon"), by and through its undersigned counsel, respectfully moves this Court for leave to conduct limited expedited discovery to support its claims for a preliminary injunction as forwarded in Epsilon's Memorandum in Support of Motion for Preliminary Injunction ("Injunction Motion"). In support of this motion, Epsilon refers the Court to its Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of Motion for Leave to Conduct Limited Expedited Discovery, Epsilon respectfully requests this Court enter an Order granting it leave to serve the Requests for Production attached to its Memorandum in Support as Exhibit A and that Defendant Chesapeake Appalachia, LLC be ordered to provide responsive documents within seven (7) days of service.

Dated: April 9, 2021                    Respectfully submitted,

                                        */s/ Gregory J. Krock*
                                        Gregory J. Krock
                                        Pa. I.D. No. 78308
                                        Elizabeth M. Thomas
                                        Pa. I.D. No. 322002

                                        MCGUIREWOODS LLP
                                        Tower Two-Sixty
                                        260 Forbes Avenue, Suite 1800
                                        Pittsburgh, PA 15222-3142
                                        (412) 667-6000 (Telephone)
                                        (412) 667-6050 (Facsimile)
                                        gkrock@mcguirewoods.com
                                        ethomas@mcguirewoods.com

                                        Jonathan T. Blank
                                        *Pro Hac Vice Request Forthcoming*
                                        MCGUIREWOODS LLP
                                        652 Peter Jefferson Parkway
                                        Suite 350
                                        Charlottesville, VA 22911
                                        (434) 977-2500 (Telephone)
                                        (434) 980-2222 (Facsimile)
                                        jblank@mcguirewoods.com

                                        *Counsel for Plaintiff Epsilon Energy USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

**Motion for Leave to Serve Limited Expedited Discovery** has been served upon

the following by mail, this 9th day of April 2021:

> Chesapeake Appalachia, LLC
> c/o The Corporation Company
> 1833 S. Morgan Road
> Oklahoma City, OK 73128

*/s/ Gregory J. Krock*
Gregory J. Krock