FILED
HARRISBURG, PA
APR - 9 2021
PER Ira
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EPSILON ENERGY USA INC.,

Plaintiff,

v.

CHESAPEAKE APPALACHIA, LLC,

Defendant.

Civil Action No.
Judge

## ORDER GRANTING MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY

AND NOW, on this ____ day of April, 2021, upon consideration of the Motion for Leave to Conduct Limited Expedited Discovery, and for good cause shown, it is hereby ORDERED that the Motion is **GRANTED** as follows:

1. Plaintiff may serve the requests for production attached to the Motion as Exhibit A.

2. Defendant may serve similar requests for production of documents upon Plaintiff.

3. All discovery requests shall be served via either hand delivery or electronic mail.

4. Responses to discovery requests, including the production of all responsive documents, must be served within seven (7) days of service thereof. The responses shall be served via either hand delivery or electronic mail.

5. Until the Motion for Preliminary Injunction is resolved, or a future Order of Court directs otherwise, the initial disclosure requirements set forth in Rule 16 are suspended.

_____
HONORABLE JUDGE PRESIDING