# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Epsilon Energy USA Inc, <br><br> Plaintiff(s), <br><br> v. <br><br> Chesapeake Appalachia, LLC <br><br> _____, <br><br> Defendant(s)/ Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | Civil Action No. _____ <br><br> **FILED** <br> HARRISBURG, PA <br> APR - 9 2021 <br> PER __IBL__ <br> DEPUTY CLERK |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ,
(type of party)
who is Epsilon Energy USA, Inc. , makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Gregory J. Krock
Signature of Counsel for Party

Date: 04/09/2021