# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of April, 2021, upon consideration of Plaintiff's complaint, motion for preliminary injunction, and motion for expedited discovery, *see* Docs. 1, 5, 7, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff shall immediately effect service of the complaint, the motion for preliminary injunction, the motion for expedited discovery, and this order upon Defendant, and, when identified, Defendant's counsel.

2. A telephonic status conference is scheduled for **Monday, April 19, 2021 at 10:00 a.m.** Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel on or before April 16, 2021. The purpose of the call will be to (1) discuss the briefing schedules for the two pending motions; (2) determine whether a hearing on the motion for preliminary injunction should be scheduled, and, if so, an appropriate date for that hearing; and (3) determine whether any matters can be resolved by agreement of the parties.

3. Plaintiff's counsel shall provide the court with proof of service prior to the aforementioned status conference.

                                           s/Jennifer P. Wilson
                                           JENNIFER P. WILSON
                                           United States District Court Judge
                                           Middle District of Pennsylvania