Civil Action No.: 1:21-CV-00658-JPW *SEALED*

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Chesapeake Appalachia LLC
was received by me on (date) 04/12/2021.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Amy Stowe; R/A Rep., who is
designated by law to accept service of process on behalf of (name of organization) The Corporation Company/Chesapeake Appalachia LLC on (date) 04/13/2021 ; or
at 1833 S. Morgan Rd. Oklahoma City, Oklahoma

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

04/13/2021
Date

Server's Signature

Jagen M. Tucker / Oklahoma County Process Server  2019.46
Printed name and title

21690 Military Ave., Edmond, OK
Server's Address

Additional information regarding attempted service, etc:

Description for Amy Stowe;

Age: 50   Sex: Female   Race: White   Height: 5'7"   Weight: 200lbs

Hair: Silver   Glasses: Yes