IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of April, 2021, upon consideration of Plaintiff's letter brief regarding the SRBC commitment letter issue that was previously discussed during a status conference on March 26, 2021,[1] *see* Doc. 15,

**IT IS ORDERED AS FOLLOWS:**

1. Defendant may file a letter brief in opposition to Plaintiff's letter brief on or before **April 19, 2021 at 5:00 p.m.** Plaintiff may then file a reply letter brief on or before **April 20, 2021 at 5:00 p.m.**

2. Both letter briefs mentioned in the preceding paragraph shall be no more than **three** pages in length, and may be single-spaced at counsel's discretion.

3. The status conference scheduled for April 19, 2021 at 10:00 a.m. shall proceed as scheduled.

---

[1] The status conference occurred in a previously docketed case that has been voluntarily dismissed. *See Epsilon Energy USA, Inc. v. Chesapeake Appalachia, LLC*, No.1:21-CV-00433 (M.D. Pa. dismissed April 6, 2021).

4. The briefing schedules associated with Plaintiff's motion for preliminary injunction and motion for expedited discovery (Docs. 5, 7), shall be determined during the April 19, 2021 status conference.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania