# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of April, 2021, for the reasons stated on the record during the oral argument on April 26, 2021, **IT IS ORDERED THAT** Plaintiff's unopposed motion to seal (Doc. 36) is **GRANTED**. The Clerk of Court is directed to file the transcript of proceedings on October 3, 2018 (Doc. 37) under seal.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
