# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of April, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's request for preliminary injunctive relief compelling Defendant to sign the SRBC Letter,[1] *see* Doc. 15, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] The SRBC commitment letter at issue is docketed at Doc. 4-5 at 20.