IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 8th day of May, 2021, upon consideration of Plaintiff's motion for leave to file documents under seal, *see* Doc. 54, and after conducting an individualized assessment of the documents that Plaintiff wishes to seal, the court finds that sealing and redaction as proposed by Plaintiff is appropriate to protect confidential information pertaining to both parties' business planning and strategies. Accordingly, the documents will be sealed because the compelling interest in protecting confidential information overcomes the presumption of public access to judicial records in this instance.

**IT IS THEREFORE ORDERED THAT** Plaintiff's motion for leave to file documents under seal (Doc. 54) is **GRANTED**. Accordingly, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff may file the reply brief in support of its motion for preliminary injunction in redacted form.[1] The Clerk of Court is directed to docket the redacted reply brief (*see* Doc. 55-12) as a separate docket entry. The Clerk of Court is also directed to docket the unredacted version of the reply brief under seal.

2. All exhibits filed in connection with Plaintiff's reply brief (*see* Docs. 55-1 through 55-9) shall be docketed under seal. The Clerk of Court is directed to appropriately docket those documents.

3. This order may be vacated and any or all documents may be unsealed upon good cause shown by any party or other person with a recognized interest, or on the court's own motion following due notice to the parties.

4. All documents filed under seal shall remain sealed until further order of the court.

---

[1] Although the deadline for Plaintiff's reply brief was May 6, 2021 at 5:00 p.m. and Plaintiff's reply brief was not docketed until May 7, 2021, the court will excuse the late filing because Plaintiff's counsel emailed a courtesy copy of the reply brief and associated motion to seal to the court and opposing counsel on May 6, 2021 at 5:14 p.m. The court finds that Defendant has not suffered any prejudice by receiving the brief via emailed courtesy copy fourteen minutes after the deadline.

5. This order shall not be construed as ruling on Defendant's motion to strike Plaintiff's reply brief. (*See* Doc. 56.)

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
