IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:21-cv-00658-JPW |
| CHESAPEAKE APPALACHIA, LLC, | |
| Defendant. | |

### ERRATA TO MOTION FOR RECONSIDERATION OF RULING ON DISCLOSURE OF EXPERT OPINIONS AT PRELIMINARY INJUNCTION STAGE

Plaintiff Epsilon Energy USA, Inc. ("Epsilon") omitted a Certificate of Nonconcurrence to its Motion for Reconsideration of Ruling on Disclosure of Expert Opinions at Preliminary Injunction Stage ("Motion") for the reasons as follows:

1. Epsilon's counsel did not seek agreement on the Motion because it believed that the Motion was a continuation of Defendant Chesapeake Appalachia's ("CHK") May 7, 2021 Motion to Strike and or for Continuance of Preliminary Injunction Hearing ("Motion to Strike"), and, accordingly, no additional meet and confer was needed.[1]  *See* ECF Nos. 56-57.

---

[1] Notably, CHK did not make a good faith effort to meet and confer with Epsilon before filing its Motion to Strike.  The e-mail that CHK's counsel sent to Epsilon offering to meet and confer was sent just ***two minutes*** before Epsilon's counsel received the CM/ECF notification that CHK had filed the Motion to Strike.

2. Epsilon's counsel has since received notification from opposing counsel that CHK does not agree with the Motion.

3. Epsilon has attached a Certificate of Nonconcurrence hereto in accordance with Local Rule 7.1.

Dated: May 9, 2021                         Respectfully submitted,

/s/ Gregory J. Krock
Gregory J. Krock
Pa. I.D. No. 78308
Elizabeth M. Thomas
Pa. I.D. No. 322002

MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000 (Telephone)
(412) 667-6050 (Facsimile)
gkrock@mcguirewoods.com
ethomas@mcguirewoods.com

Jonathan T. Blank
*Admitted Pro Hac Vice*
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
(434) 977-2500 (Telephone)
(434) 980-2222 (Facsimile)
jblank@mcguirewoods.com

*Counsel for Plaintiff,*
*Epsilon Energy USA, Inc.*

## **CERTIFICATE OF NONCONCURRENCE**

I, Gregory J. Krock, hereby certify that counsel for CHK has advised that CHK does not concur to the filing of the foregoing Motion for Reconsideration.

May 9, 2021 /s/ *Gregory J. Krock*
Gregory J. Krock

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Errata to Motion for Reconsideration of Ruling on Disclosure of Expert Opinions at Preliminary Injunction Stage** has been electronically served on the parties via the CM/ECF filing system.

*/s/ Gregory J. Krock*
Gregory J. Krock
