# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/08/2021

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CHESAPEAKE ENERGY CORPORATION, *et al.*,[1] | § § § | Case No. 20-33233 (DRJ) |
| Reorganized Debtors. | § § § § | (Jointly Administered) |
| | § | **Related to Docket Nos. 3310, 3349** |

## ORDER ENFORCING CONFIRMATION ORDER

On March 30, 2021, the Court held a hearing on the *Reorganized Debtors' Emergency Motion to Enforce Confirmation Order* [Docket No. 3310] (the "Motion")[2] and considered the Motion, objections, and arguments of counsel and found the Motion was properly noticed. Pursuant to Federal Civil Rule 52, made applicable in bankruptcy proceedings by Bankruptcy Rule 7052, the Court stated its findings of fact and conclusions of law on the record.

For the reasons set forth by the Court in its oral ruling, the Court finds and concludes that the Motion should be granted in part. It is therefore HEREBY ORDERED THAT:

1. The Motion is granted in part.

2. Epsilon's commencement of the litigation styled *Epsilon Energy USA, Inc. v. Chesapeake Appalachia, LLC*, Civil Action No. 1:21-CV-00433-JPW (the "District Court Litigation") in the United States District Court for the Middle District of Pennsylvania and the attempt to amend the District Court Litigation violated the Plan and the Confirmation Order.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/chesapeake. The location of Reorganized Debtor Chesapeake Energy Corporation's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 6100 North Western Avenue, Oklahoma City, Oklahoma 73118.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Epsilon shall dismiss the District Court Litigation without prejudice.

4. The parties are authorized to take all actions necessary or appropriate to effectuate the relief granted herein.

5. This Order shall be immediately effective and enforceable upon its entry.

**Signed: April 08, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**PROPOSED AND SUBMITTED BY:**

*/s/ Matthew D. Cavenaugh*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Kristhy M. Peguero (TX Bar No. 24102776)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email:       mcavenaugh@jw.com
             jwertz@jw.com
             kpeguero@jw.com
             vpolnick@jw.com

*Co-Counsel to the Reorganized Debtors*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       patrick.nash@kirkland.com
             alexandra.schwarzman@kirkland.com

*Co-Counsel to the Reorganized Debtors*