UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

### PETITION

I __Yasser A. Madriz_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: McGuireWoods LLP

600 Travis Street, Suite 7500

Houston, Texas 77002 -2906

Office Telephone: 832-255-6361

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attachment A

My attorney Identification number is: 39080

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____

Please Answer the Following Questions:

      All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_____

_____

_____

      All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

      I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court.  (Check the appropriate space.)  If there are pending proceedings, please explain: _____

_____

      I am seeking:

      _____ General Admission under Local Rule LR 83.8.1

      __X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __X__, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am an attorney who is admitted to practice in a United States Disitrict Court and the

highest court of Texas and a member in good standing of each jurisdiction.

NAME THE PARTY YOU REPRESENT:

Epsilon Energy USA, INC.

If special admission is requested for a particular case, please list case number and caption:

Case #  1:21-cv-00658-JPW

Caption #  Epsilon Energy USA, INC. v. Chesapeake Appalachia, LLC

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

    If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

    Gregory J. Krock, McGuireWoods LLP
    260 Forbes Avenue, Suite 1800, Pittsburgh, PA 15222
    412-667-6000, Attorney Bar I.D. Code No. 78308

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Yasser A. Madriz
PETITIONER

Texas State Bar No. 39080
(Bar Identification Number and State where admitted)
May 10, 2021
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER  Yasser A. Madriz

SPONSOR'S CERTIFICATE:

      I, Gregory J. Krock, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) __June__ (day) __22__, (year) __2020__. I have known the above petitioner for __2__ year and __0__ months. To my knowledge, the petitioner's moral character is as follows: Petitioner Possesses the good moral character necessary for admission to practice law in the Commonwealth of Pennsylvania.

To my knowledge, the petitioner's educational background and experience are as follows: McMaster University, BSc, with Honors (1998); University of Houston Law Center, JD (2002); and employed as an attorney and Partner of McGuireWoods LLP since 2018.

      I sponsor and recommend __Yasser A. Madriz__ for admission as a qualified attorney to practice before this court.

                              Gregory J. Krock
                              (sponsor)

Office address: 260 Forbes Avenue, Suite 1800

                              Pittsburgh, PA 15222

Telephone: 412-667-6000

Attorney Bar I.D. Code No. 78308

**Attachment A**

I, Yasser A. Madriz have been admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Texas State Courts (11/06/2002);
U.S. Court of Appeals for the Fifth Circuit (02/09/2008);
U.S. District Court, Eastern District of Texas (09/27/2006);
U.S. District Court, Northern District of Texas (07/09/2007);
U.S. District Court, Southern District of Texas (11/05/2004); and
U.S. District Court, Western District of Texas (04/25/2007).

Case 4:21-cv-00758 Document 7 Filed on 05/10/21 in TXSD Page 6 of 17
Case 1:21-cv-00758-DRW Document 7-1 Filed 05/10/21 Page 1 of 1

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Yasser A Madriz, Federal ID No 39080

Admission date: November, 5, 2004

Dated May 10, 2021, at Houston, Texas.

*[signature]*

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk



# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

## CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

 /s/ Yasser A. Madriz
_____
Signature