# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of May, 2021, upon consideration of Defendant's request to correct typographical errors in the court's May 14, 2021 memorandum opinion, *see* Doc. 85, **IT IS ORDERED THAT** the request is **GRANTED**. The Clerk of Court is directed to docket a corrected version of the memorandum that has been corrected in accordance with Defendant's request.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
