IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, <br><br> Defendant. | Civil Action No. 1:21-CV-658 |

FILED
HARRISBURG, PA
JUN - 4 2021
PER ____Ira____
DEPUTY CLERK

## UNOPPOSED MOTION FOR LEAVE TO FILE PORTIONS OF AMENDED COMPLAINT AND EXHIBIT UNDER SEAL

Plaintiff Epsilon Energy USA, Inc. ("Epsilon"), by and through its undersigned counsel, respectfully moves this Court for leave to file portions of its Amended Complaint and an exhibit attached thereto, the Settlement Agreement, under seal. The Amended Complaint is attached as Exhibit A to Epsilon's Motion for Leave to File an Amended Complaint. In support of this motion, Epsilon refers the Court to its Memorandum in Support filed contemporaneously herewith. Epsilon conferred with counsel for Chesapeake Appalachia, LLC ("CHK") and CHK consents to this Motion.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of Motion for Leave to File Portions of the Amended Complaint and Exhibit Under Seal, Epsilon respectfully requests this Court enter an Order granting it leave

1

to file certain portions of its Amended Complaint and an exhibit, the Settlement Agreement, under seal.

Dated: June 1, 2021

Respectfully submitted,

/s/ *Gregory J. Krock*
Gregory J. Krock
Pa. I.D. No. 78308
Elizabeth M. Thomas
Pa. I.D. No. 322002

MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000 (Telephone)
(412) 667-6050 (Facsimile)
gkrock@mcguirewoods.com
ethomas@mcguirewoods.com

Jonathan T. Blank
*Pro Hac Vice*
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
(434) 977-2500 (Telephone)
(434) 980-2222 (Facsimile)
jblank@mcguirewoods.com

Yasser A. Madriz
*(admitted Pro Hac Vice)*
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
(832) 255 6361 (Telephone)
(832) 214 9931 (Facsimile)

2

ymadriz@mcguirewoods.com

*Counsel for Plaintiff*
*Epsilon Energy USA, Inc.*

## LOCAL RULE 7.1(a)(1)(A) MEET AND CONFER STATEMENT

I, Gregory J. Krock, representing Epsilon Energy USA, Inc. ("Epsilon") hereby certifies that pursuant to Local Rule 7.1(a)(1)(A), counsel for Epsilon has conferred with counsel representing Defendant Chesapeake Appalachia, L.L.C. ("CHK") regarding the subject of the present Motion for Leave to file Portions of Amended Complaint and Exhibit Under Seal. CHK consents to the Motion.

Dated: June 1, 2021                     Respectfully submitted,

                                        */s/ Gregory J. Krock*
                                        Gregory J. Krock

```
```
**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Leave to File Portions of the Amended Complaint and an Exhibit Under Seal** has been served upon counsel of record via ECF filing system, this 1ˢᵗ day of June 2021:

/s/ *Gregory J. Krock*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Leave to File Portions of the Amended Complaint and an Exhibit Under Seal** has been served upon counsel of record via ECF filing system, this 1st day of June 2021:

/s/ *Gregory J. Krock*