# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW**, on this 2nd day of July, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff's motion for leave to amend (Doc. 96) is **GRANTED**.

2. The Clerk of Court is directed to docket the redacted version of the amended complaint (Doc. 96-1) as a separate docket entry. The Clerk of Court is further directed to docket the unredacted version of the amended complaint (Doc. 96-3) as a separate docket entry under seal.

3. Count IV of the amended complaint is **DISMISSED**.

4. Counts I–III of the amended complaint are **DISMISSED** to the extent that they are based on the proposed Craige South Well.

5. A case management conference will be conducted via telephone on **July 14, 2021 at 8:30 a.m.** Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

1

6. At least **five business days** before the conference, counsel shall file a revised joint case management plan with the court via CM/ECF.

>s/Jennifer P. Wilson
>JENNIFER P. WILSON
>United States District Court Judge
>Middle District of Pennsylvania