# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00658 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of September, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion to dismiss (Doc. 109) is **GRANTED**.

2. Plaintiff's amended complaint (Doc. 104) is **DISMISSED** without further leave to amend.

3. Plaintiff's motion for oral argument (Doc. 113) is **DENIED**.

4. The telephone conference scheduled for September 23, 2021, at 10:30 a.m. is **CANCELLED**.

5. The Clerk of Court is directed to close this case.

> s/Jennifer P. Wilson
> JENNIFER P. WILSON
> United States District Court Judge
> Middle District of Pennsylvania