# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:21-cv-00658 |
| | District Court Judge Wilson |
| CHESAPEAKE APPALACHIA, LLC, | |
| Defendant. | |

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiff Epsilon Energy USA, Inc. ("Epsilon") appeals to the United States Court of Appeals for the Third Circuit from the following: (1) Opinion and Order of the United States District Court, Middle District of Pennsylvania, entered in this action on September 22, 2021 (ECF Nos. 121-122) granting Defendant Chesapeake Appalachia, LLC ("CHK")'s Motion to Dismiss, (2) Opinion and Order of the United States District Court, Middle District of Pennsylvania, entered in this action on January 18, 2022 (ECF Nos. 133-134) denying Epsilon's Motion for Reconsideration, and (3) all earlier adverse interlocutory orders and rulings antecedent to the final judgment.

Dated: February 15, 2022                                  Respectfully submitted,

/s/     *Gregory J. Krock*
Gregory J. Krock
Pa. I.D. No. 78308
MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6042 (Telephone)
(412) 667-6050 (Facsimile)
gkrock@mcguirewoods.com

Elizabeth M. Thomas
Pa. I.D. No. 322002
MCGUIREWOODS LLP
Fifth Third Center
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 373-8060 (Telephone)
(704) 343-2300 (Facsimile)
ethomas@mcguirewoods.com

Jonathan T. Blank
Admitted *Pro Hac Vice*
MCGUIREWOODS LLP
323 Second Street SE
Suite 700
Charlottesville, VA 22902
(434) 977-2500 (Telephone)
(434) 980-2222 (Facsimile)
jblank@mcguirewoods.com

*Counsel for Plaintiff*
*Epsilon Energy USA, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Appeal to the U.S. Court of Appeals for the Third Circuit** has been electronically served on the parties via the CM/ECF filing system.

*/s/ Gregory J. Krock*
Gregory J. Krock