# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, LLC,<br><br>Defendant. | Civil Action No. 1:21-CV-00658<br><br>Judge Jennifer P. Wilson |

## ORDER OF COURT

**AND NOW**, on the 29th day of September, 2023, upon consideration of the Motion for Voluntary Dismissal Pursuant to Rule 41(a)(2), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. All claims in this matter are hereby dismissed without prejudice for lack of subject matter jurisdiction.

BY THE COURT:

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania